# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00047-CV

**Dalton Brown, Appellant**

**v.**

**Craig Taylor Brown, Executor of the Estate of William Jeffrey Brown, Sr.;
and Valerie Mandola-Brown, Appellees**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-12-000415, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Dalton Brown has failed to prosecute this appeal. Brown's brief was due on May 6, 2013. On May 14, 2013, this Court's clerk sent Brown a notice informing him that his brief was overdue and cautioned that the appeal could be dismissed for want of prosecution unless he filed a response reasonably explaining his failure to file a brief. The response was due by May 24, 2013. Brown has not responded to the notice, nor has he filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed: May 30, 2013